USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS LICEA, et al.,

        Plaintiffs,

-v.-

CONSENSUS CLOUD SOLUTIONS, INC., et al.,

        Defendants.

22 Civ. 10427 (JHR) (SN)

ORDER

---

JENNIFER H. REARDEN, District Judge:

Pursuant to the Court's Order dated February 8, 2023, the parties are required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 17.

By no later than **March 3, 2023**, the parties shall file either a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge form, or if any party does not consent to conducting all proceedings before the assigned Magistrate Judge, file a joint letter advising the Court that the parties do not so consent.

    SO ORDERED.

Dated: February 24, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge