**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____           │
│ DATE FILED: 2/27/2023                │
└─────────────────────────────────────┘
```

LUIS LICEA, et al.,

                          **Plaintiffs,**                  **22-CV-10427 (JHR)(SN)**

               -against-                          **ORDER**

CONSENSUS CLOUD SOLUTIONS, INC., et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 17, 2023, the Defendants filed a Motion to Dismiss. See ECF No. 20.

Plaintiffs shall file their opposition by March 20, 2023. Defendants shall file their reply brief by

April 3, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 27, 2023
              New York, New York